

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**Josh Kaul**
**Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**Michael A. Emer**
**Assistant Attorney General**
emerma@doj.state.wi.us
608/266-3539
FAX 608/267-8906

November 4, 2022

VIA ELECTRONIC FILING

Hon. J. P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Ave
Milwaukee, WI 53202

    Re: *Jermaine Lockhart v. Brittany Himba*
          E.D. Case No. 20CV11355

Dear Judge Stadtmueller :

    Following the Pretrial Conference, the parties conferred and agreed on the following order to call witnesses:

Plaintiff will call:

1. Plaintiff Lockhart
2. Burks
3. Griffin
4. Highshaw
5. Defendant Hibma (adversely with direct examination at same time)
6. Lyons (adversely with direct examination at same time)
7. Meyer (adversely with direct examination at same time)
8. Ahlborg (adversely with direct examination at same time)

Defendants will call:

9. Drehmel

Please advise if there are any questions. Thank you,

Sincerely,

***s/ Michael A. Emer***
Michael A. Emer
Assistant Attorney General

Cc: Jermaine Lockhart, via U.S. Mail